# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL ALEJANDRO CARDENAS-RAYA
AKA JUAN CARLOS LUA-CARDENAS,

    Defendant.

CASE NO. 12CR4406-GT

**JUDGMENT OF DISMISSAL**

FILED NOV 27 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information: 8:1326 (a) and (b) - Removed Alien Found in the United States (Felony)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/21/12

                                              Gordon Thompson, Jr.
                                              U.S. District Judge